IT IS ORDERED

Date Entered on Docket: January 12, 2022



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Johnny Vigil, Jr.
Alma Vigil

      Debtors                                        No. 20-10599 TA

**STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIOC STAY OF BANK OF OKLAHOMA N.A.**

**THIS MATTER** came before the Court on the stipulation of the debtor, by and through attorney, Christopher L. Trammell, counsel for Bank of Oklahoma, N.A., Elizabeth V. Friedenstein, and the Chapter 13 Trustee, Tiffany M. Cornejo.

**IT IS THEREFORE ORDERED that:**

1. All issues regarding the Motion for Relief from Automatic Stay of Bank of Oklahoma N.A have been resolved by virtue of the Order Granting Post-Confirmation Modification of Chapter 13 Plan.

2. The final hearing on the motion for relief from stay scheduled for January 11, 2022, at 1:30 pm, is hereby vacated.

1

### END OF ORDER ###

Submitted and approved:

/s/ Christopher L. Trammell
Christopher L. Trammell
Attorney for Debtor
3900 Juan Tabo Blvd NE
Albuquerque, NM 87111
(505) 294-0131
cltlaw@comcast.net

Approved:

/s/Tiffany M. Cornejo approved via e-mail on 1-10-2022
Tiffany M. Cornejo
Chapter 13 Trustee
625 Silver SW, Ste. 350
Albuquerque, NM 87102
(505) 243-1335
fax (505) 247-2709
orders@ch13nm.com

/s/Elizabeth Friedenstein approved via e-mail on 1-10-2022
Elizabeth v. Freidenstein, #141568
Weinstein & Riley, P.S.
Attorney for Movant
2501 San Pedro Dr. NE
Bldg. A, Suite 102
Albuquerque, NM 87110
505-348-3075
Fax: 505-214-5116
Email: ElizabethF@w-legal.com


Copies to:

Johnny Vigil, Jr.
Alma Vigil
8805 Rushimg Brook Avenue SW
Albuquerque, NM 87121